**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROSE A. BACKS, et al., : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 2:11-CV-0242 |
| vs. : | |
| : | JUDGE WATSON |
| THE OHIO STATE UNIVERSITY : | |
|     MEDICAL CENTER, et al., : | |
| : | |
| Defendants. : | |

**AGREED STIPULATION OF DISMISSAL**

Now come Plaintiffs and Defendants, by and through counsel, who hereby give notice to the Court, pursuant to Rule 41(a)(1)(A)(ii), that the parties voluntarily dismiss any and all claims against each other, with prejudice; and that each party shall bear its own costs.

Respectfully submitted,

*Per email authority 01/13/12 @ 11:21 a.m.*

By  /s/John S. Marshall
John S. Marshall (0015160)
(*marshall@marshallandmorrow.com*)
Edward R. Forman (0076651)
(*eforman@marshallandmorrow.com*)
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio  43215-5296
(614) 463-9790
Fax (614) 463-9780

By  /s/Mark A. Knueve
Mark A. Knueve (0067074)
(*maknueve@vorys.com*)
Samantha A. Stilp (0086907)
(*sastilp@vorys.com*)
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio, 43216-1008
614/464-6387
Fax (614) 719-4808

Attorneys for Defendants

*Per tele auth 01/13/12 @ 4:38 p.m.*

By  /s/Laren E. Knoll
Laren E. Knoll (0070594)
(*lknoll@knolllaw.com*)
THE KNOLL LAW FIRM LLC
5248 Bethel Reed Park
Columbus, Ohio 43220
(614) 372-8890
Fax (614) 442-8718

Attorneys for Plaintiff